IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

KEITH BAIN, )
)
      Plaintiff, )
)
vs. ) No. CIV-15-71-W
)
OKLAHOMA COUNTY et al., )
)
      Defendants. )

## ORDER

On April 8, 2016, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this matter and recommended that the amended complaint filed by plaintiff Keith Bain, proceeding pro se, be dismissed on screening. Bain was advised of his right to object, see Doc. 36 at 9, but no objections have been filed within the allotted time.

Upon review, the Court concurs with Magistrate Judge Goodwin's suggested disposition of this matter. Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 36] filed on April 8, 2016; and

(2) DISMISSES Bain's amended complaint, see Doc. 8, without prejudice to refiling.

ENTERED this 13th day of May, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE